UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RYAN WESLEY NELSON,

                Petitioner,                      25-CV-01980 (JAV)

    -v-                                            ORDER

CREDIT SUISSE SECURITIES (USA) LLC,

                Respondent.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On March 10, 2025, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **April 1, 2025**. Respondent's opposition, if any, is due on **April 22, 20225**. Petitioner's reply, if any, is due **April 29, 2025**.

       Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **April 1, 2025**, and shall file an affidavit of such service with the court no later than **April 2, 2025.**

       SO ORDERED.

Dated: March 12, 2025
       New York, New York

                                                                       JEANNETTE A. VARGAS
                                                                       United States District Judge