UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
RYAN WESLEY NELSON,

                Petitioner,                  25 **CIVIL** 1980 (JAV)

-v-                            **<u>JUDGMENT</u>**

CREDIT SUISSE SECURITIES (USA) LLC,

                Respondent.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 22, 2025, the Petition is GRANTED, the arbitration award is confirmed, and judgment is entered in favor of Petitioner and against Respondent as follows: 1. Confirming the Award in all respects; 2. Directing the expungement of Mr. Nelson's Form U5 Termination Explanation; 3. Awarding Petitioners $591,938; and 4. Awarding Petitioners post-judgment interest at the statutory rate.

**Dated:**  New York, New York

      August 22, 2025

                                                   **TAMMI M. HELLWIG**

                                                        **Clerk of Court**

                  **BY:**

                                                          **Deputy Clerk**